# Exhibit B

## ICE FOIA Case Number 2023-ICFO-23545

ICE-FOIA@ICE.DHS.GOV <noreply@securerelease.us>
Wed 7/5/2023 11:13 AM

To:Kyle Barron <kebarron@legal-aid.org>

You don't often get email from noreply@securerelease.us. Learn why this is important

07/05/2023

Kyle Barron
199 Water Street, 3rd Floor
New York, New York 10038

RE:  ICE FOIA Case Number 2023-ICFO-23545

Dear Requester:

This acknowledges receipt of your 4/27/2023, Freedom of Information Act (FOIA) request to U.S. Immigration and Customs Enforcement (ICE), for All communications from the NY Field Office Director regarding the word" transfers from FY 2020 to current date, all emails memos, policies and planning documents related to the detained alien transfers to and from the NY Field Office and ICE Office of Asset and Facilities Management from FY 2020 to current date. All transfer policies, memos, guidance, directives regarding ICE/ERO Detainee Transfers Directive used by the NY Field Office from FY 2020 to current date. All national transfer policies, memos, guidance and directives regarding ERO Detainee Transfers Directive in effect from FY 2020 to current date. NY Field Office SOP and Transfer Quality Assurance reviews and procedures from FY 2020 to current date, Form I-830 and I-216s forms filed by the NY Field Office from FY 2020 to current date, List of all ICE NY Field Office AOR transfers; to include date of transfer, total number of individuals, facilities individuals were transferred and intermediate location individuals were held, documented reasons for transfer, and comments related to such transfer in the ICE EID .  Your request was received in this office on 4/27/2023.

After careful review of your FOIA request, we determined that your request is 1) too broad in scope, 2) did not specifically identify the records which you are seeking, or 3) only posed questions to the agency.  Records must be described in reasonably sufficient detail to enable government employees who are familiar with the subject area to locate records without placing an unreasonable burden upon the agency.  For this reason, §5.3(b) of the DHS regulations, 6 C.F.R. Part 5, require that you describe the records you are seeking with as much information as possible to ensure that our search can locate them with a reasonable amount of effort.  Whenever possible, a request should include specific information about each record sought, such as the date, title or name, author, recipients, and subject matter of the records, if known, or the ICE program office you believe created and/or controls the record.  The FOIA does not require an agency to create new records, answer questions posed by requesters, or attempt to interpret a request that does not identify specific records.

Please resubmit your request containing a reasonable description of the records you are seeking.  Upon receipt of a perfected request, you will be advised as to the status of your request.

If we do not hear from you within 30 days from the date of this letter, we will assume you are no longer interested in this FOIA request, and the case will be administratively closed.  Please be advised that this action is not a denial of your request and will not preclude you from filing other requests in the future. If you have any questions please contact FOIA Public Liaison Fernando Pineiro Jr. at (866) 633-1182 or the address above.

Your request has been assigned reference number 2023-ICFO-23545.

Sincerely,

ICE-FOIA

This message (including any attachments) contains confidential information intended for a specific individual and purpose, and is protected by law. If you are not the intended recipient, you should delete this message and any disclosure, copying, or distribution of this message, or the taking of any action based on it, by you is strictly prohibited.

Deloitte refers to a Deloitte member firm, one of its related entities, or Deloitte Touche Tohmatsu Limited ("DTTL"). Each Deloitte member firm is a separate legal entity and a member of DTTL. DTTL does not provide services to clients. Please see www.deloitte.com/about to learn more.

v.E.1