# Exhibit C



The Legal Aid Society
Immigration Law Unit
199 Water Street, 3rd Floor
New York, NY 10038
T (212) 577-3300
www.legal-aid.org

**Direct Dial:** (646)574-2761
**Direct Fax:** (646)616-9479
**E-mail:** kebarron@legal-aid.org

Alan Levine
*President*

Twyla Carter
*Attorney-in-Chief*
*Chief Executive Officer*

Adriene L. Holder
*Chief Attorney*
Civil Practice

Deborah Lee
*Attorney-in-Charge*
Immigration Law Unit

August 3, 2023

**By E-Mail**

U.S. Immigration and Customs Enforcement
Freedom of Information Act Office
500 12th Street SW, Stop 5009
Washington, D.C. 20536-5009
ice-foia@dhs.gov

**RE: ICE-FOIA Case Number 2023-ICFO-23545**

Dear Freedom of Information Officer:

On behalf of The Legal Aid Society ("LAS"), this letter responds to the July 5, 2023 letter from U.S. Immigration and Customs Enforcement ("ICE") regarding LAS's request under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), dated March 29, 2023 ("the March 29 Request").

The March 29 Request enumerated nine specifications of records that LAS is seeking from ICE. As an initial matter, LAS disagrees with ICE's determination that the March 29 Request is "1) too broad in scope, 2) did not specifically identify the records which [LAS is] seeking, or 3) only posed questions to the agency." ICE has not identified any "questions to the agency" in the March 29 Request, nor has ICE identified any of the nine specifications that it believes to be overbroad. LAS notes that courts are skeptical of such unsupported assertions.[1] Furthermore, once an agency "becomes reasonably clear as to the materials desired," FOIA requires that the agency produce records responsive to a request.[2]

---

[1] *E.g.*, *Tereshchuk v. Bureau of Prisons*, 67 F. Supp. 3d 441, 454-55 (D.D.C. 2014) ("This Court is skeptical that a FOIA request may be denied based on sheer volume of records requested. . . . [E]ven assuming the size of a FOIA request could provide grounds for denial, the burden of demonstrating overbreadth is substantial.").
[2] *Pub. Emps. for Env't Resp. v. U.S. Env't Prot. Agency*, 314 F. Supp. 3d 68, 74 (D.D.C. 2018).

LAS reserves all rights to challenge ICE's lack of production in response to the March 29 Request. Without waiving any of LAS's rights, this letter provides clarification of the specifications in the March 29 Request.

**Specification 1:** *All communication records to and from the ICE New York City Field Office Director mentioning the word "transfer" from the beginning of FY 2020 until the date this request is fulfilled.*

As an initial matter, ICE's description of this specification in its July 5 letter is inconsistent with the language of LAS's March 29 Request.[3] LAS notes that the term "mentioning" should enable ICE to perform a keyword search for responsive records that include the word "transfer".[4]

In addition, LAS provides the following additional clarifying parameters for this specification:

- Search only *emails* involving the ICE New York City Field Office Director, instead of all communications records;

- Exclude emails that include "Transfer Notification" in the subject line; and

- Limit the time period searched from October 1, 2019 to the present.

**Specification 2:** *All emails, memoranda, policies, and planning documents related to detained alien transfers to and from the ICE New York City Field Office and ICE's Office of Asset and Facilities Management from the beginning of FY 2020 through the date this request is fulfilled.*

**Specification 3:** *All transfer policies, memoranda, guidance, and directives including but not limited to ICE/ERO Detainee Transfers Directive used by ICE New York City Field Office in effect from the beginning of FY 2020 until the date this request is fulfilled.*

LAS provides the following clarifying parameters for these two specifications:

- Search only within:

  o the ICE New York City Field Office, and

  o ICE's Office of Asset and Facilities Management;

- Search for policies, memoranda, guidance, and directives;

---

[3] *See* July 5 Letter from ICE to K. Barron ("All communications *from* the NY Field Office Director *regarding* the word[] transfers from FY 2020 to current date[.]" (emphases added)).
[4] *See Shapiro v. Cent. Intel. Agency*, 170 F. Supp. 3d 147, 154-55 (D.D.C. 2016) ("[T]here can be no dispute about which items are being requested—records in the [agency's] possession that 'mention' [the requested search term].").

- Search for documents mentioning the terms "detainee transfer", "detainee transfers", "transfer of alien", "transfers of alien", "transfer of aliens", "transfers of aliens", "transferred alien," or "transferred aliens"; and

- Limit the time period searched from October 1, 2019 to the present.

**Specification 4:** *All national transfer policies, memoranda, guidance, and directives including but not limited to ICE/ERO Detainee Transfers Directive in effect from the beginning of FY 2020 through the date this request is fulfilled.*

LAS provides the following clarifying parameters for this specification:

- Search only within:
    - ICE's Office of Regulatory Affairs and Policy, and
    - the offices of ICE's Director, Deputy Director, and Chief of Staff;

- Search for policies, memoranda, guidance, and directives;

- Search for documents mentioning the terms "detainee transfer", "detainee transfers", "transfer of detainee", "transfer of detainees", "transfers of detainees", "transfer of alien", "transfers of alien", "transfer of aliens", "transfers of aliens", "transferred alien," or "transferred aliens"; and

- Limit the time period searched from October 1, 2019 to the present.

**Specification 5:** *ICE New York City Field Office Standard Operating Procedures in effect from the beginning of FY 2020 until the date this request is fulfilled.*

**Specification 6:** *ICE New York City Field Office Transfer Quality Assurance Reviews and procedures in effect from FY 2020 until the date this request is fulfilled.*

**Specification 7:** *All Forms I-830, Notice to EOIR: Alien Address filed by the ICE New York City Field Office since FY 2020 until the date this request is fulfilled.*

**Specification 8:** *All Forms I-216, Record of Persons and Property Transfer filed by the ICE New York City Field Office from FY 2020 until the date this request is fulfilled.*

In LAS's view, these specifications reasonably describe the records that LAS is seeking. If ICE disagrees, please confirm.

**Specification 9:** *List of all ICE New York City Field Office Area of Responsibility transfers including the date of the transfer, the total number of individuals subject to the transfer, the facilities individuals were transferred from; the facilities individuals were transferred to and any intermediate location individuals were held during this transfer. All documented reasons for each individual transfer, including any reasons for transfers of*

August 3, 2023<br>Page 4

*detained noncitizens recorded in their A-File or "work file" and any comments related to such transfer in ICE's Enforcement Integrated Database.*

LAS provides the following additional clarifying parameter for this specification:

- Limit the time period searched from October 1, 2019 to the present.

* * *

Thank you for your prompt attention to this matter. If I may be of any assistance in facilitating this request, please contact me at:

Kyle Barron
(646) 574-2761
kebarron@legal-aid.org

                                                  Sincerely,

                                                  Kyle Barron
                                                  The Legal Aid Society
                                                  199 Water Street, 3rd Floor
                                                  New York, New York 10038
                                                  T: 646-574-2761
                                                  F: 646-616-9479
                                                  kebarron@legal-aid.org

cc:    Andrew Henderson, Freshfields Bruckhaus Deringer US LLP