# Exhibit D

ICE FOIA 2023-ICFO-23545

ice-foia@ice.dhs.gov <noreply@securerelease.us>
Fri 8/4/2023 4:06 PM
To:Kyle Barron <kebarron@legal-aid.org>

You don't often get email from noreply@securerelease.us. Learn why this is important

08/04/2023

Kyle Barron
199 Water Street, 3rd Floor
New York, New York 10038

RE:  ICE FOIA Case Number 2023-ICFO-23545

Dear Requester:

This acknowledges receipt of your 4/27/2023, Freedom of Information Act (FOIA) request to U.S. Immigration and Customs Enforcement (ICE), for All communications from the NY Field Office Director regarding the word" transfers from FY 2020 to current date, all emails memos, policies and planning documents related to the detained alien transfers to and from the NY Field Office and ICE Office of Asset and Facilities Management from FY 2020 to current date. All transfer policies, memos, guidance, directives regarding ICE/ERO Detainee Transfers Directive used by the NY Field Office from FY 2020 to current date. All national transfer policies, memos, guidance and directives regarding ERO Detainee Transfers Directive in effect from FY 2020 to current date. NY Field Office SOP and Transfer Quality Assurance reviews and procedures from FY 2020 to current date, Form I-830 and I-216s forms filed by the NY Field Office from FY 2020 to current date, List of all ICE NY Field Office AOR transfers; to include date of transfer, total number of individuals, facilities individuals were transferred and intermediate location individuals were held, documented reasons for transfer, and comments related to such transfer in the ICE EID .  Your request was received in this office on 4/27/2023.

Due to the increasing number of FOIA requests received by this office, we may encounter some delay in processing your request. Per Section 5.5(a) of the DHS FOIA regulations, 6 C.F.R. Part 5, ICE processes FOIA requests according to their order of receipt. Although ICE's goal is to respond within 20 business days of receipt of your request, the FOIA does permit a 10-day extension of this time period. As your request seeks numerous documents that will necessitate a thorough and wide-ranging search, ICE will invoke a 10-day extension for your request, as allowed by Title 5 U.S.C. § 552(a)(6)(B). If you're able to narrow the scope of your request please contact our office. Narrowing the scope may speed up the search process. We will make every effort to comply with your request in a timely manner.

Provisions of the FOIA allow us to recover part of the cost of complying with your request.  We shall charge you for records in accordance with the DHS Interim FOIA regulations as they apply to commercial requesters.  As a commercial requester, you will be charged 10 cents per page for duplication, and for search and review time at the per quarter-hour rate ($4.00 for clerical personnel, $7.00 for professional personnel, $10.25 for managerial personnel) of the searcher and reviewer.  We will construe the submission of your request as an agreement to pay up to $25.00. You will be contacted before any further fees are accrued.

Provisions of the FOIA allow us to recover part of the cost of complying with your request.  We shall charge you for records in accordance with the DHS Interim FOIA regulations as they apply to non-commercial requesters.  As a non-commercial requester, you will be charged 10 cents per page for duplication; the first 100 pages are free, as

are the first two hours of search time, after which you will pay the per quarter-hour rate ($4.00 for clerical personnel, $7.00 for professional personnel, $10.25 for managerial personnel) of the searcher.  We will construe the submission of your request as an agreement to pay up to $25.00. You will be contacted before any further fees are accrued.

We have queried the appropriate program offices within ICE for responsive records. If any responsive records are located, they will be reviewed for determination of releasability. Please be assured that one of the processors in our office will respond to your request as expeditiously as possible. We appreciate your patience as we proceed with your request.

If you have any questions, please contact FOIA Public Liaison, Fernando Pineiro Jr. at the address above or (866) 633-1182. Additionally, you have a right to seek dispute resolution services from the Office of Government Information Services (OGIS) which mediates disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation.  If you are requesting access to your own records (which is considered a Privacy Act request), you should know that OGIS does not have the authority to handle requests made under the Privacy Act of 1974.  You may contact OGIS as follows:  Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

Your request has been assigned reference number 2023-ICFO-23545. Please use this number in future correspondence.

Sincerely,

ICE FOIA Office
Immigration and Customs Enforcement
Freedom of Information Act Office
500 12th Street, S.W., Stop 5009
Washington, D.C. 20536-5009

This message (including any attachments) contains confidential information intended for a specific individual and purpose, and is protected by law. If you are not the intended recipient, you should delete this message and any disclosure, copying, or distribution of this message, or the taking of any action based on it, by you is strictly prohibited.

Deloitte refers to a Deloitte member firm, one of its related entities, or Deloitte Touche Tohmatsu Limited ("DTTL"). Each Deloitte member firm is a separate legal entity and a member of DTTL. DTTL does not provide services to clients. Please see www.deloitte.com/about to learn more.

v.E.1