UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THE LEGAL AID SOCIETY,

                    Plaintiff,

         -against-

U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT,

                    Defendant.
------------------------------------------------------------X

24 Civ. 2344 (LGS)

<u>ORDER</u>

LORNA G. SCHOFIELD, District Judge:

      It is hereby **ORDERED** that, by **April 30, 2024**, the parties shall negotiate a schedule for the search, processing and potential production of responsive documents, and file a joint letter on ECF apprising the Court of that schedule and whether the initial pretrial conference is necessary to resolve any open issues, or if adjournment of the conference is appropriate.

Dated: April 1, 2024
       New York, New York

                                             LORNA G. SCHOFIELD
                                             UNITED STATES DISTRICT JUDGE